# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02768

STATE OF COLORADO and
SECRETARY OF STATE JENA GRISWOLD

    Plaintiffs,

v.

LOUIS DEJOY, in his official capacity as Postmaster General;
UNITED STATES POSTAL SERVICE;
SAMARN S. REED, in his official capacity as the Denver, Colorado Postmaster; and
CHRIS J. YAZZIE, in his official capacity as the Albuquerque, New Mexico Postmaster,

    Defendants.

_____

### INFORMATION FOR TEMPORARY RESTRAINING ORDER
_____

Attorney for Plaintiff: Eric J. Olson, Solicitor General, State of Colorado

Telephone number**:** 720-614-7213 (work cell)

Attorney for Defendant: Kevin Traskos, Civil Division Chief, US Attorney's Office

Telephone number: 720-226-3595 (work cell)

**Concise statement as to type of claim:** Defendants are in the process of delivering official notices to households across Colorado that contain false statements about voting in Colorado. Because delivering these notices will violate the Constitution and federal law, cause eligible Colorado voters not to vote in the upcoming election, and harm Colorado and its residents, Plaintiffs request an immediate Temporary Restraining Order preventing Defendants from delivering these Notices to any Colorado household.

1

Jurisdiction (cite statute):  28 U.S.C. § 1331 (federal question), 39 U.S.C. § 409 (suits against the Postal Service), 28 U.S.C. § 1361 (mandamus), and 28 U.S.C. § 2201 (declaratory relief and further relief).

Hearing:  See D.C.COLO.LCivR.7.1A

    Date Motion for Temporary Restraining Order filed September 12, 2020

    Estimated length of hearing: 1 hour

    Request hearing be set for _x_today _____ tomorrow _____ within one week

    Reason why immediate action is necessary: Defendants intend to deliver the misleading official notices to Colorado households imminently.

Notice:

    Has opposing party and/or attorney been notified? _x_ Yes ___ No

    If "yes," state when: September 12, 2020 and by what means: email to Keith Traskos, Assistant U.S. Attorney

    If "no," state reason _____

**(Rev. 11/04)**

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **INFORMATION FOR TEMPORARY RESTRAINING ORDER** upon all parties and counsel who have appeared herein by e-filing with the CM/ECF system maintained by the Court on September 12, 2020.

*s/ Emily Buckley*
Emily Buckley