# Exhibit A to
# Declaration of Judd Choate

Official Notice from United States Postal Service

September 12, 2020



