IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02768-WJM-STV

STATE OF COLORADO and
SECRETARY OF STATE JENA GRISWOLD

      Plaintiffs,

v.

LOUIS DEJOY, in his official capacity as Postmaster General;
UNITED STATES POSTAL SERVICE;
SAMARN S. REED, in his official capacity as the Denver, Colorado Postmaster; and
CHRIS J. YAZZIE, in his official capacity as the Albuquerque, New Mexico Postmaster,

      Defendants.

## LOCAL RULE 65.1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule 65.1(a)(1), I certify that I have provided actual notice of the time of filing the motion, and copies of all pleadings and documents filed in the action to date to opposing counsel by emailing copies of all such documents to Assistant United States Attorney Kevin Traskos contemporaneously with the filing of the motion for temporary restraining order.

RESPECTFULLY SUBMITTED this 12th day of September, 2020.

        PHILIP J. WEISER
        Attorney General

        s/Eric Olson
        ERIC OLSON*
        Solicitor General
        LEEANN MORRILL*
        First Assistant Attorney General
        EMILY BUCKLEY
        Assistant Attorney General
        MICHAEL KOTLARCZYK
        Assistant Attorney General
        PETER BAUMANN
        Campaign Finance Fellow

        Attorneys for Plaintiffs

        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, Floor
        Denver, Colorado 80203
        Telephone: 303-892-7400

        E-Mail: eric.olson@coag.gov
                 Leeann.morrill@coag.gov
                 Emily.buckley@coag.gov
                 Mike.kotlarczyk@coag.gov
                 Peter.baumann@coag.gov

        *Counsel of Record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing LOCAL RULE 65.1 CERTIFICATION OF COUNSEL upon all parties and counsel who have appeared herein by e-filing with the CM/ECF system maintained by the Court on September 12, 2020.

<i>s/ Emily Buckley</i><br>
Emily Buckley

3