# Exhibit 2

*Declaration of Gregory Graves*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02768-WJM-STV

STATE OF COLORADO, and
JENA GRISWOLD, Colorado Secretary of State,

    Plaintiffs,
v.

LOUIS DEJOY, in his official capacity as Postmaster General,
UNITED STATES POSTAL SERVICE,
SAMARN S. REED, in his official capacity as Denver, Colorado Postmaster, and
CHRIS J. YAZZIE, in his official capacity as Albuquerque, New Mexico Postmaster,

    Defendants.

## DECLARATION OF GREGORY GRAVES

I, Gregory Graves, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-titled matter.

**I.    Background**

    1.    I am Vice President of Delivery and Retail Operations for the Postal Service's WestPac (WesternPacific) Area. I assumed this role in August 2020.

    2.    As Vice President of Delivery and Retail Operations, my responsibilities include oversight of all retail and delivery operations in the western United States, as reflected in the image below, including the vast majority of 15 states in the continental United States, in addition to the states of Alaska and Hawaii.

1



3. As part of my duties and responsibilities, I work daily with delivery and retail managers across the WestPac Area, along with plant managers and logistics managers, to ensure the timely and efficient delivery of mail. In the course of my official duties, I have access to daily mail processing, logistics, retail, and delivery data. I also meet daily, typically via teleconference, with a leadership team across the WestPac Area to identify any potential mail delays and to address emergent issues. I work with this team on a regular basis to develop short, medium, and long-terms plans and strategies to ensure the ongoing, efficient, delivery of mail throughout the WestPac Area.

4. I have been employed by the USPS, in positions of increasing responsibility, for over 37 years. Prior to assuming my current role, I served for four and a half years as the Vice President of the Western Area Operations for USPS. In that position, I oversaw mail processing, distribution, customer service, and administration, including budgetary operations, throughout the Western Area. I have also served as Manager, Operations Support for the Pacific Area;

Manager, Integration and Support for the Chief Operating Officer and Executive Vice President at the postal headquarters; District Manager for the Los Angeles District and Mid-America District; and Manager, Delivery Programs for the Western Area. I graduated from Colombia College of Missouri with a Bachelor of Science degree in Business, and completed my graduate business studies at Colorado University.

5. Through the course of my 37-year career with the USPS, I have become highly familiar with USPS operations nationwide and the manner in which mail is processed and delivered throughout the United States, including in Colorado, specifically.

## II. The USPS postcards.

6. I am aware that the State of Colorado and the Colorado Secretary of State have initiated a lawsuit against the USPS, and are alleging that USPS postcards recently sent to USPS customers around the country may cause confusion regarding the voting process in Colorado. I am familiar with the postcards at issue in this case, and with the manner in which these postcards were processed and distributed in Colorado. I also have access to internal USPS tracking data regarding these postcards, and have extracted and set forth the Colorado-specific data relating to the postcards below.

7. The postcards at issue in this case were mass-produced by three printing suppliers. Once the postcards were printed, they were grouped into large pallets and sent via one logistics supplier to approximately 216 different mail processing facilities around the United States for further processing and distribution to individual households.

8. In Colorado, specifically, the postcards were sent to two mail processing facilities, including the Denver Network Distribution Center ("Denver NDC"), which processes mail for

the entire Western region, and the Denver Processing & Distribution Center ("Denver P&DC"), which processes mail for Colorado and Wyoming.

9. The Denver NDC and Denver P&DC received four combined shipments of postcards from September 9, 2020, through September 11, 2020. The last shipment arrived on September 11, 2020, at approximately 10:00 am.

10. From the Denver NDC and Denver P&DC, several pallets of postcards were then shipped to smaller USPS plants in Grand Junction and Colorado Springs, for further processing and delivery to Colorado residents outside the Denver metro area.

11. In addition, the USPS maintains a distribution center in Albuquerque, New Mexico ("Albuquerque Plant"), which services the four corners region of the United States, including the southernmost part of Colorado. The Albuquerque Plant received its own palettes of postcards on approximately September 8, 2020.

12. Once the pallets of postcards reached their destinations at the Denver, Grand Junction, Colorado Springs, and Albuquerque plants, they were broken down so that they could be mechanically processed through numerous mail-sorting machines, and grouped into subsets of mail directed to specific geographical territories within Colorado.

13. This sorting process involves a "multi-phase" system, the last step of which sorts the mail into a delivery point sequence ("DPS") for each mail carrier, which tracks the carrier's mail route. This automated process allows carriers to deliver mail efficiently along their routes in the order that it has been sorted. The USPS has the ability to track, with barcodes, when certain pieces of mail—including the USPS postcards at issue here—pass through the machines for the final sortation.

14. Once the mail has been processed through the final sortation, it is loaded onto trucks for dispatch to post offices around the state for delivery the same day. That delivery includes delivery on designated routes as well as to post office boxes. Accordingly, if a certain piece of mail has been processed through the final sortation, it will generally be dispatched to a mail carrier or clerk and delivered to the intended address the same day it is processed.

III. **Delivery of USPS postcards in Colorado.**

15. I have reviewed the USPS's internal tracking data relating to the postcards and have determined that, at this point in time, approximately 75% or more of the postcards designated for Colorado addresses have already been processed and delivered.

16. The following chart reflects a conservative estimate of the postcards that were already processed and dispatched in Colorado as of 12:00pm on Saturday, September 12, 2020.

**Report By SCF**

391412 - VBM Mailing (US)  
Standard A Letter  
Mail Date: 09/09/2020 to 09/11/2020  
Req In Home: 09/12/2020 to 09/15/2020

| State | MAILED | % MAILED | TRACKED | % TRACKED | Wed 09/09/2020 | Thu 09/10/2020 | Fri 09/11/2020 | Sat 09/12/2020 |
|---|---|---|---|---|---|---|---|---|
| Total | 136,479,032 | | 92,319,881 | 67.6% | 6,449,510 | 30,633,105 | 36,804,399 | 18,432,867 |
| Percent of Total | | | | | 4.7% | 22.4% | 27.0% | 13.5% |
| Cumulative Quantity | | | | | 6,449,510 | 37,082,615 | 73,887,014 | 92,319,881 |
| Cumulative Percent | | | | | 4.7% | 27.1% | 54.1% | 67.6% |
| SCF Albuquerque NM 870 | 679,349 | 0.5% | 612,363 | 90.1% | 145,568 | 189,412 | 179,023 | 98,360 |
| SCF Denver CO 800 | 2,220,279 | 1.6% | 1,385,302 | 62.4% | | 439 | 706,673 | 678,190 |
| SCF Grand Junction CO 814 | 184,682 | 0.1% | 171,933 | 93.1% | | | 58,195 | 113,738 |
| Total | 3,084,310 | 2.2% | 2,169,598 | 70.3% | 145,568 | 189,851 | 943,891 | 890,288 |

17. The left-hand column of the chart shows the location of each processing and distribution center or plant that processed and delivered postcards to Colorado addresses. These

facilities include Albuquerque, Denver, and Grand Junction. For tracking purposes, the Colorado Springs Plant is considered to be a component of the overall "SCF Denver" or Denver P&DC, and thus does not have its own separate category. Accordingly, the Colorado Springs Plant numbers are subsumed within, and captured by, the row of the chart that reflects the "SCF Denver." Regarding the Albuquerque Plant, the USPS does not currently have information showing precisely what percentage of that distribution center's mail is directed to southern Colorado, versus northern New Mexico.

18. The second column of the chart, labeled "Mailed," shows the total number of postcards that each distribution center received for processing and distribution. The "total" figure at the top of this column reflects the number of postcards sent to distribution centers nationwide. In other words, 136,479,032 postcards have been sent out to USPS distribution centers around the United States for processing and delivery to USPS customers.

19. The third column, labeled "% Mailed," shows what percentage of postcards each individual distribution center received out of the total number of postcards nationwide. For example, the Denver P&DC received 2,220,279 postcards for processing and distribution. The total number of postcards, nationwide, is 136,479,032. Accordingly, the Denver P&DC received 1.6% of the total number of postcards, nationwide.

20. The fourth column, labeled "Tracked," shows the number of postcards that have been processed through the final sortation step described above. As set forth above, once the mail has been sorted through the final sortation, it is quickly dispatched to individual post offices for delivery by clerks (to post office boxes) and carriers via route delivery. Accordingly, the numbers contained in the fourth, "Tracked" column, are a reasonable proxy for the number of

6

postcards that have already been delivered.

22. The fifth column, labeled "% Tracked," shows the percentage of postcards that have been processed through the final sortation, as a percentage of the *overall* number of postcards received by the particular distribution center. For example, the Albuquerque Plant has completed the final sortation for 612,636 postcards out of a total of 679,349 postcards, for a total processing and delivery rate of 90.1%.

22. Finally, the four remaining columns, labeled "Wed 09/09/2020," "Thu 09/10/2020," "Fri 09/11/2020," and "Sat 09/12/2020," show the number of postcards that were processed through the final sortation at the given distribution center on a particular date. For example, in the Denver P&DC, approximately 439 postcards were processed on September 10, 2020, and approximately 706,673 postcards were processed on September 11, 2020. And because, again, this final sortation is a reasonable proxy for identifying which postcards have been sent out for delivery, it is reasonable to estimate that approximately 707,112 had already been delivered to Colorado residents by the end of the day on Friday, September 11, 2020, and another 678,190 by the end of day on Saturday, September 12, 2020.

23. Furthermore, nearly 100% of the postcards processed through the Albuquerque and Grand Junction distribution centers have already been dispatched and delivered to addresses in southern and western Colorado.

24. Regarding the Denver P&DC, specifically, the chart shows that approximately 62.4% of the postcards designated for distribution had been processed by 12:00 pm on Saturday, September 12. However, based on my discussions with the Senior Plant Manager for the Denver P&DC, my understanding is that the true number is actually higher. The 62.4% figure does not

reflect a significant portion of the postcards that were, for one reason or another, unable to be processed through the automated equipment and instead had to be processed manually and dispatched for delivery. At my request, the Senior Plant Manager conducted a physical inspection of the Denver P&DC and estimated that approximately 75% of its total postcards (or roughly 1,665,209 postcards), have been dispatched to postal delivery units for delivery to Colorado households, rather than 62.4%.

      25.      For the remaining 25% of postcards that have *not* yet been dispatched for delivery, the Denver P&DC has begun processing these postcards for mailing, but stopped the process today, September 12, 2020, upon learning of the State's lawsuit. The Senior Plant Manager estimates that approximately 10% of the total number of postcards designated for processing through the Denver P&DC (or about 222,027 postcards) are currently located within the Denver P&DC, but have already been presorted and commingled with other mail. For these, and with minor exceptions, because the postcards have already been comingled with other mail, the postcards cannot be readily isolated or separated. However, postal management will endeavor to manually segregate the postcards to the fullest extent possible, and will have more information regarding the success of those efforts on Sunday, September 13, 2020.

      26.      If the USPS is not able to successfully isolate and segregate the postcards described in Paragraph 25, above, the burden of complying with the Court's order directing the USPS to halt delivery of the postcards will fall entirely upon thousands of individual USPS mail clerks and carriers.[1] These clerks and carriers will need to be instructed to remove the individual

---

[1] The Postal Service has more than 4,000 carriers and 650 post offices in Colorado. Regular deliveries are made six days per week, Monday through Saturday.

postcards from their delivery packets, address-by-address, as they are delivering the mail. Because the postcards are intermingled with the other mail and cannot be readily separated, the clerks and carriers would be required to inspect the mail that they deliver to each address in order to ensure that no postcard has been placed within that mail. This would be a multi-day process. Moreover, even if the Denver plant is successful in segregating and removing a portion of these postcards at the plant level, because the mailers have already been intermingled with the remainder of the mail, it is highly unlikely that the USPS would succeed in identifying and extracting every postcard at the plant—even though it would make its best efforts to do so. Because it is likely that at least some postcards would be missed, individual carriers around the state would still be responsible for searching through all of their mail, address-by-address, and for pulling out any lingering postcards remaining in their respective mailing packets.

27. As a practical matter, this effort would require a great deal of instruction to clerks and carriers, and additional effort by the employees, and it is unclear if it would be fully successful. It is possible that some employees may not receive the message in time, or that they may miss certain mailers when inspecting their respective packets for delivery. At the least, this work would require each employee to spend significant additional time inspecting and removing the mailers, would slow down the delivery of mail, and may involve overtime pay for the thousands of employees performing this work.

28. Finally, for the remaining 15% of postcards (or about 333,041 postcards) that have neither been delivered nor processed at the Denver P&DC, these postcards were isolated on September 12, 2020, when the Denver P&DC learned of this lawsuit. These postcards are currently being held in a separate location within the facility and have not yet been processed.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed on this 12th day of September 2020, in Westminster, CO.

*s/ Gregory Graves*
Gregory Graves
Vice President, Delivery & Retail
WestPac Area
United States Postal Service