IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02768-WJM-STV

STATE OF COLORADO and
SECRETARY OF STATE JENA GRISWOLD

    Plaintiffs,

v.

LOUIS DEJOY, in his official capacity as Postmaster General;
UNITED STATES POSTAL SERVICE;
SAMARN S. REED, in his official capacity as the Denver, Colorado Postmaster; and
CHRIS J. YAZZIE, in his official capacity as the Albuquerque, New Mexico Postmaster,

    Defendants.

## NOTICE OF DISMISSAL

The parties have settled this case under the terms of the Settlement Agreement attached as Exhibit A. The State of Colorado and Secretary of State Jena Griswold therefore dismiss this case under Rule 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED this 17th day of September, 2020.

PHILIP J. WEISER
Attorney General

s/Eric Olson
ERIC OLSON*
Solicitor General
LEEANN MORRILL*
First Assistant Attorney General
EMILY BUCKLEY
Assistant Attorney General
MICHAEL KOTLARCZYK
Assistant Attorney General
PETER G. BAUMANN
Campaign Finance Fellow

Attorneys for Plaintiffs

Ralph L. Carr Colorado Judicial Center
1300 Broadway,  Floor
Denver, Colorado  80203
Telephone:  303-892-7400

E-Mail:   eric.olson@coag.gov
          Leeann.morrill@coag.gov
          Emily.buckley@coag.gov
          Mike.kotlarczyk@coag.gov
          Peter.baumann@coag.gov

*Counsel of Record