IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              September 18, 2020
Deputy Clerk:      Anna Frank
Court Reporter:    Mary George

---

Civil Action No. **20-cv-02786-WJM-STV**                    Counsel:

STATE OF COLORADO, and                                     Eric Olson
JENA GRISWOLD, Colorado Secretary of State,                Peter Baumann

     Plaintiffs,

v.

LOUIS DEJOY, in his official capacity,                     Kevin Traskos
SAMARN S. REED, in his official capacity as the            Lauren Dickey
Denver, Colorado Regional Postmaster,
CHRIS J. YAZZIE, in his official capacity as the
Albuquerque, New Mexico Regional Postmaster, and
UNITED STATES POSTAL SERVICE,

     Defendants.

---

## COURTROOM MINUTES

---

**PRELIMINARY INJUNCTION HEARING**

**9:39 a.m.     Court in session.**

Appearances of Counsel.

Discussion held regarding the terms the Settlement Agreement [ECF 30-1], as stated on the record.

**10:04 a.m.     Court in recess.**

Total time in court:   0:25